IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 19-402-02 |
| KHAIYRI BURGESS | : | |

# ORDER

**AND NOW**, this 29th day of November 2019, upon consideration of Defendant Khaiyri Burgess's Motion to Suppress Physical Evidence (ECF No. 43), the Government's Response in Opposition (ECF No. 54), Burgess's Supplemental Memorandum (ECF No. 60), and the Government's Supplemental Response (ECF No. 65), and the Court having held an evidentiary hearing on November 4, 2019 (ECF Nos. 55-56), it is **ORDERED** that the Motion to Suppress Physical Evidence is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.